THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGNES XIE, )<br>    Plaintiff )<br>    v. )<br>SKLOVER & COMPANY, LLC et. al., )<br>Defendants ) | **Case No. 1:15-cv-02020 (CCR)**<br><br>Filed on: 3/23/2017 |

**PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS BY SHEREE DONATH AND DONATH LAW, LLC**

Plaintiff respectfully submitted this Sur-reply in respond to Defendant's Motion to Dismiss to address factual incorrectness of her reply.

### STATEMENT OF FACTS

1. Contrary to Defendants' reply motion, Defendants committed legal malpractice by failure to disclose, failure to advise, and failing to act, not only after EEOC issue notice has suing rights 11/19/13, but also prior to that time since 4/2012 throughout 11/19/2013 and afterwards. Statute of limitations run out since 4/2012 for DCHRA (Count IV) and since 11/3/2012 for DC FMLA (Count V), and even Federal FMLA statute of limitation run out from 11/3/2013, long before EEOC claims on 2/2014. (**Exhibit 3A** TimeLine of Statute of Limitation) filed prior with Reply to Motion to Dismiss).

2. Contrary to Defendant's position, in **5/10/12's email** from Sheree Donath to Plaintiff, Defendants specifically proposed to Plaintiff below: "**We can draft a detailed arbitration statement of claim…**" (Exhibit 6B: Email confirmations of negotiations conducted between Alan Sklover and Sheree Donath…--filed prior with Reply to Motion to Dismiss).

1

3. Dependents Sheree Donath and Alan Sklover did intensive negotiations with both Fannie Mae and EEOC on extended period of time and derived substantial legal bill from DC representation. (See Exhibits 1—FNMA monthly billing in 2011 and 2012—itemized billing statement and billing and legal fees received by each individual—ALS represent for Alan Sklover and SRD for Sheree Donath).

4. Plaintiff became DC resident since 9/2016. (Exhibit 2: DC Driver's license).

5. Plaintiff have reasonable belief that Sheree Donath transferred Sklover & Donath, LLC assets to Cory Rosenbaum, PC then to Donath Law, LLC since both LLCs are pass through entities and member of the law firm receive the proceeds. So there is succession of benefits and assets and liability. Defendant Sheree claimed that she was a partner of Cory Rosenbaum, P.C. from 11/2013-10/2015 from her linked in profile. (Exhibit 3).

## CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that the Court find that the Court has personal jurisdiction over defendants and deny Defendants' motion to dismiss, and grant Plaintiff's relief.

## EXHIBIT LIST

1. Exhibit 1: Detailed Monthly Billing Statements for 2011-2012 as evidence of intensive negotiations conducted by each Defendant Sheree Donath and Alan Sklover with Fannie Mae and EEOC/DCHRA, legal fee received by each defendant from Plaintiff.

2. Exhibit 2: Plaintiff became DC resident since 9/2016. DC driver's license.

3. Exhibit 3: Sheree Donath's linked in profile claiming she was a partner of Cory Rosenbaum, PC. -- Sheree Donath as member of each entity and path through and successor liability evidence.

RESPECTFULLY SUBMITTED,

By: s/Agnes Xie

Agnes Xie, Pro Se

Phone: (703) 421-4524/Email: agnes2016law@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that today, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Agnes Xie