UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGNES XIE,

Plaintiff

V.                                           Case No.: 1:15-cv-02020 (CCR)

SKLOVER & COMPANY, LLC, *et al.*,

Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE OF FOURTH AMENDED COMPLAINT BY PLAINTIFF AGNES XIE AGAINST DEFENDANTS ALAN SKLOVER AND SKLOVER & COMPANY, LLC, AND SHEREE DONATH

The Plaintiff, AGNES XIE and the Defendants, Alan Sklover and Sklover & Company, LLC, and Sheree Donath, pursuant to F.R.Civ.P., Rule 41(a), stipulate and agree that the Fourth Amended Complaint filed by the Agnes Xie against Alan Sklover, Sklover & Company, LLC, and Sheree Donath be and that they are hereby DISMISSED WITH PREJUDICE.

Respectfully submitted,

by:

by:    _s//_
David Branch Esq.,
DC Bar No. 438764
Law Office of David S. Branch
& Associates, PLLC
1828 L Street, N.W.
Washington, DC 20038
202-785-2805
202-785-7392 fax
davidbranch@sbranchlaw.com
Attorney for Agnes Xie

